HELEN E. BING et al., Respondents, *v.* CONSOLIDATED OIL CORPORATION et al., Respondents.
CHARLES F. BENBROOK, Appellant.

Submitted October 4, 1943; decided October 21, 1943.

*Robert J. Marcus* for appellant's motion and in opposition to respondents' cross motion to dismiss appeal.

*Walter M. Hinkle* and *Albert R. Connelly* for motion to dismiss appeal and in opposition to appellant's motion.

Motion for order certifying that a constitutional question is involved herein dismissed.

Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion on the ground that the order does not finally determine the action within the meaning of the Constitution.